**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IDEARC MEDIA CORP.,**

    **Plaintiff,**

v.                                    **Case No.  8:08-CV-535-T-30MAP**

**SHIRAZ ORIENTAL RUG GALLERY, INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon receipt of a document captioned "Answer to Complaint" filed May 20, 2008, on Defendant's behalf by its president, Ala Falasiri (Dkt. 5).  Defendant is advised that a corporation may appear and be heard **only** through counsel admitted to practice in accordance with Local Rules 2.01 or 2.02 (M.D. Fla. 2007).  With rare exception, not applicable here, non-attorneys are not permitted to represent others in a legal capacity.  Nothing in the record indicates that Ala Falasiri is licensed to practice law in this or any other court.

Finally, a review of the record reveals that Defendant was served with a copy of the complaint on April 1, 2008.  Defendant's answer was due April 21, 2008.  See Fed. R. Civ. P. 12(a)(1).

It is therefore **ORDERED AND ADJUDGED** that:

    1.    The Clerk shall **STRIKE** the Answer to Complaint (Dkt. 5).

2. Defendant shall, within **FIFTEEN (15) DAYS** hereof, secure counsel authorized to practice before this Court and have counsel file a Notice of Appearance and answer to the complaint. Failure to comply with this order within the allotted time may result in a default judgment against Defendant without further notice.

**DONE** and **ORDERED** in Tampa, Florida on May 22, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-535 Strike Answer.frm